# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Andrew Solomon, on behalf of himself and those similarly situated, | ) ) ) | **ORDER FOR STATUS CONFERENCE** |
| --- | --- | --- |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Oasis Petroleum, LLC, | ) ) | Case No. 1:19-cv-180 |
| Defendant. | ) | |

A status conference will be held before the magistrate judge on September 10, 2020, at 11:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

IT IS SO ORDERED.

Dated this 4th day of December, 2019.

>  */s/ Clare R. Hochhalter*
>  Clare R. Hochhalter, Magistrate Judge
>  United States District Court