IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Andrew Solomon, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Oasis Petroleum, LLC,<br><br>Defendants. | Case No. 1:19-cv-00180 |

## ORDER ADOPTING STIPULATION OF DISMISSAL WITH PREJUDICE

[¶ 1]   THIS MATTER comes before the Court upon a Stipulation of Dismissal filed on September 24, 2020. See Doc. No. 19. The Plaintiff and Defendant have stipulated to the dismiss the action with prejudice. Id. The Parties also stipulated dismissal shall be without costs or disbursements to any party. Id.

[¶ 2]   Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that this case is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own attorneys' fees and costs.

[¶ 3]   **IT IS SO ORDERED.**

DATED September 25, 2020.

Daniel M. Traynor, District Judge
United States District Cour